OSCN Found Document:STATE ex rel. OKLAHOMA BAR ASSOCIATION v. ROBINSON

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 
 Court Dockets
 

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 STATE ex rel. OKLAHOMA BAR ASSOCIATION v. ROBINSON
2015 OK 75
Case Number: SCBD-6318
Decided: 11/12/2015
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2015 OK 75, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT RELEASED FOR PUBLICATION. 

 

 

STATE OF OKLAHOMA ex rel. OKLAHOMA BAR ASSOCIATION, Complainant,
v.
KIMBERLEE JANEEN ROBINSON, Respondent.

ORDER OF IMMEDIATE INTERIM SUSPENSION

¶1 The Oklahoma Bar Association (OBA), in compliance with Rules 7.1 and 7.2 of the Rules Governing Disciplinary Proceedings (RGDP), has forwarded to this Court certified copies of the Information, Plea, and Deferment, in which Kimberlee Janeen Robinson entered a plea of No Contest to one count of Assault and Battery on an Officer, a misdemeanor, in violation of Del City Ordinance 1308, §13-52. The Court entered a deferred sentence.

¶2 Rule 7.3 of the RGDP provides: "Upon receipt of the certified copies of Judgment and Sentence on a plea of guilty, order deferring judgment and sentence, indictment or information and the judgment and sentence, the Supreme Court shall by order immediately suspend the lawyer from the practice of law until further order of the Court."

¶3 On October 15, 2015, this Court issued a Show Cause Order directing Respondent to show cause why an order of interim suspension from the practice of law should not be entered. Respondent answered and does not object to the possible Order of Interim Suspension pursuant to Rule 7. Respondent requested a hearing to present evidence regarding the mitigation of discipline. The OBA does not object to the entry of an Order of Interim Suspension and also requests a hearing to provide mitigating and aggravating evidence relevant to the Court's determination of appropriate final discipline.

¶4 Having received certified copies of the papers and orders under Rule 7.3, and in view of the lack of any objection in response to the Show Cause Order, this Court orders that Kimberlee Janeen Robinson is immediately suspended from the practice of law.

¶5 The parties' requests for a hearing are granted for Complainant to support its recommendation for discipline, and for Respondent to explain the conduct and to mitigate any discipline to be imposed.

¶6 The Professional Responsibility Tribunal (PRT) is directed to hold a hearing within thirty days of the date of this order. The trial panel shall follow the procedures set out in Rule 6 of the Rules Governing Disciplinary Proceedings, 5 O.S.2011, ch.1, app. 1-A.

¶7 DONE BY ORDER OF THE SUPREME COURT this 12th day of November, 2015.

/S/CHIEF JUSTICE






 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 None Found.